FILE COPY



# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-13-00542-CR
### NO. 02-13-00543-CR
### NO. 02-13-00544-CR
### NO. 02-13-00545-CR

JOSE ALCALA                                                    APPELLANT

V.

THE STATE OF TEXAS                                                    STATE

------------

FROM CRIMINAL DISTRICT COURT NO. 1 OF TARRANT COUNTY

------------

## CORRECTED ORDER

------------

Appellant Jose Alcala's brief was originally due February 10, 2014. This court has granted two previous extensions of time to file appellant's brief. On May 2, 2014, in granting in part "Appellant's Second Motion For Extension Of Time For Filing Appellant's Brief," we ordered the brief due on May 16, 2014, and we stated in our order that **NO FURTHER EXTENSIONS WILL BE GRANTED**.

Accordingly, it is ordered that the Hon. Scott Brown, appointed counsel for appellant, file an appellate brief with this court on behalf of appellant on or before

**Friday, June 6, 2014**.  **NO FURTHER EXTENSIONS OF TIME FOR FILING APPELLANT'S BRIEF WILL BE GRANTED**.  If the brief is not filed by **Friday, June 6, 2014**, appellant's counsel will be required to show cause why he should not be held in contempt of court for failing to file a timely brief.

Failure to timely comply with this order will result in this case being abated and remanded to the trial court (A) to conduct a hearing to determine (1) whether the appellant desires to prosecute the appeal, (2) why appointed counsel has not filed a brief and whether counsel has abandoned the appeal, (3) the exact date that counsel will file a brief on appellant's behalf in the court of appeals or whether substitute counsel should be appointed to represent appellant, and (4) whether appellant desires to proceed pro se; (B) to appoint substitute counsel if necessary; and (C) to make findings for the purpose of aiding this court in determining whether to initiate contempt proceedings against the Hon. Scott Brown.  *See* Tex. R. App. P. 38.8(b)(2)–(4).

The clerk is directed to send a copy of this order to the Hon. Scott Brown via certified mail return receipt requested and electronic mail, to all other counsel of record, and to the trial court judge.

SIGNED May 29, 2014.

/s/ Lee Ann Dauphinot

LEE ANN DAUPHINOT
JUSTICE